AO 91 (Rev. 08/09) Criminal Complaint                             AUSA: MARK MARSHALL

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2012 JUL 11 PM 3:21
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Twayler Valeria NEWSOME | ) | Case No. |
| | ) | |
| | ) | A-12-M-480 |
| | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 5, 2012__ in the county of __Travis__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, Section 841(a)(1) | Intentionally, knowingly, and unlawfully possess with intent to distribute an illegal controlled substance, to wit; Cocaine Base and Cocaine HCL. |

This criminal complaint is based on these facts:

On July 5, 2012, Austin Police Officers assigned to the Region II Metro Tactical Team conducted a spotter operation at the Austin Suites Hotel, located at 8300 North IH-35, Austin, Travis County, Texas. The Austin Suites Hotel is a well known and documented location for narcotic dealing and prostitution. Officers, working in a undercover capacity, observed a blue Chevrolet HHR, bearing Texas license plates, BV5-N540, driven by a black female, later identified as

☑ Continued on the attached sheet.

_____
Complainant's signature

DET. JEFF KOEHLER
Printed name and title

Sworn to before me and signed in my presence.

Date: 7-11-2012

City and state: Austin, Texas

_____
Judge's signature
Mark Lane
United States Magistrate Judge
Printed name and title

Twayler Valeria NEWSOME, black female, born 08/01/1966, pull into the parking lot and park.  Officers observed an unknown white female, exit a vehicle in the same parking lot and approach Chevrolet HHR and meet with NEWSOME.  Officers observed a hand to hand transaction, between NEWSOME and the unknown white female.  The unknown white female then left.  Officers observed NEWSOME exit her vehicle and walk to the second floor breezeway, of the Austin Suites Hotel, meeting with an unknown white female.  Officers observed NEWSOME conduct a hand to hand transaction with the unknown white female.  Officers recognized these types of hand to hand transactions to be consistent with narcotic transactions.  Officers observed NEWSOME return to her vehicle, in the parking lot, at which time take down Officers moved in and conducted a stop on the vehicle and detain NEWSOME, the sole occupant of the vehicle, for the purpose of conducting a narcotic investigation.  While being detained, NEWSOME attempted to pull away from Officers, physically resisting, yelling, that they could not search her car.  Several Officers assisted in handcuffing NEWSOME.  Once handcuffed, NEWSOME informed Officers that her identification was in her purse in the car.  Officer Murray went to retrieve NEWSOME's purse from her vehicle.  While standing by the front drivers door, Officer Murray observed, in plain view, next to the parking brake, a plastic bag containing a large number of small off white rock like substances, suspected Crack Cocaine.  Officers conducted a search of NEWSOME's purse and located and seized a plastic bag containing an off white powder substance, suspected Cocaine HCL.  Officers also located and seized $2,667.00 cash from two purses located inside NEWSOME's vehicle.

Officer Sheffy conducted a preliminary analysis on the off white rocks with the result being positive for Cocaine with an approximate weight of 18.9 grams and the off white powder substance with the result being positive for Cocaine with an approximate weight of 15 grams.